UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDNEIA ZARATE MENDES,<br><br>    Plaintiff,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>    Defendants. | Case No. 26-cv-01034-PCP<br><br>**ORDER CONVERTING EX PARTE APPLICATION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>Re: Dkt. No. 7 |

The Court hereby converts plaintiff's *ex parte* application for a temporary restraining order, Dkt. No. 7, into a motion for a preliminary injunction and sets the motion for hearing at 11:00 a.m. on February 27, 2026, via Zoom. Defendants shall file a response by no later than February 13, 2026. Plaintiff may file a reply by no later than February 20, 2026. Plaintiff shall immediately email copies of her complaint, Dkt. No. 1; motion for a temporary restraining order, Dkt. No. 7, and this order to Pamela Johann, Civil Division Chief, at pamela.johann@usdoj.gov.

**IT IS SO ORDERED.**

Dated: February 6, 2026

_____
P. Casey Pitts
United States District Judge