```
CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MICHAEL J. STARRETT (NYBN 5444575)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7073
    michael.starrett@usdoj.gov

Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDNEIA ZARATE MENDES,<br><br>　　Plaintiff,<br><br>　v.<br><br>KRISTI NOEM, *et al.*,<br><br>　　Defendants. | Case No. 5:26-cv-01034-PCP<br><br>[~~PROPOSED~~] ORDER CONTINUING DEADLINE FOR RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION ~~AND PRELIMINARY INJUNCTION HEARING~~, **AS MODIFIED** |

Good cause having been shown, this Court grants Defendants' Administrative Motion to Continue Deadline for Response to Motion for Preliminary Injunction ~~and Preliminary Injunction Hearing by one week~~, as modified. The Court notes that it is unlikely that another extension will be granted absent extenuating circumstances. Defendants' response is now due on February 18 ~~20~~, 2026. Any reply from Plaintiff is due on February 24 ~~27~~, 2026. A hearing on the Preliminary Injunction remains set for February 27, 2026, at 11:00 a.m. via Zoom ~~will be held on March 6, 2026 at 11:00 a.m~~.

**IT IS SO ORDERED.**

Dated: February 12, 2026

　　　　　　　　　　　　　　　　　　　　_/s/ P. Casey Pitts_
　　　　　　　　　　　　　　　　　　　　HON. P. CASEY PITTS
　　　　　　　　　　　　　　　　　　　　United States District Judge